Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
-4 AM 11: 52

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

ROBERT YASMEH

vs

Michael B. Mulkasey, Attorney
General, et al,

See Attached Complaint

**SUMMONS IN A CIVIL ACTION**

Case No.

## '08 CV 0024 H JMA

TO: (Name and Address of Defendant)

   See attached complaint

      YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Ali Golchin, Esq.
1251 Third Ave. Suite 203
Chula Vista, CA 91911

   An answer to the complaint which is herewith served upon you, within _____60_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
   by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

K. HAMMERLY

JAN 04 2008

DATE

By _____ , Deputy Clerk

Summons in a Civil Action

   ::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

|  | ) |
| Robert Yasmeh | ) |
|  | ) |
|  | ) |
| Petitioner/Plaintiff | ) |
|  | ) |
| v. | ) |
|  | ) |
| Michael B. Mulkasey, Attorney General | ) |
| of the United States, MICHAEL | ) |
| CHERTOFF, Secretary of the | ) |
| Department of Homeland Security; | ) |
| EMILIO T. GONZALEZ, Director | ) |
| of the United States Citizenship and | ) |
| Immigration Services; | ) |
| ALFONSO AGUILAR, Chief of Citizenship | ) |
| United States Citizenship and Immigration | ) |
| Services; PAUL M. PIERRE, | ) |
| District Director of the United States | ) |
| Citizenship and Immigration Services, | ) |
| San Diego, California; | ) |
| ROBERT S. MUELLER III, Director of | ) |
| the Federal Bureau of Investigation | ) |
|  | ) |
| Respondents/Defendants | ) |
|  | ) |
|  | ) |