Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JAN -4  PM 12: 23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

ROBERT YASMEH

vs

Michael B. Mulkasey, Attorney General, et al,

See Attached Complaint

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0024 H JMA

TO: (Name and Address of Defendant)

See attached complaint

MARY HIGGINS
880 FRONT ST Room 6293
SAN DIEGO, CA 92101

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Ali Golchin, Esq.
1251 Third Ave. Suite 203
Chula Vista, CA 91911

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

JAN 0 4 2008

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 1/4/08 |
| NAME OF SERVER ALi Golchin | TITLE: Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: U.S. Attorney's Office San Diego, CA

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: MARRY HIGGINS

☐ Return unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: Date 1/4/08

Signature of Server

Address of Server: 1251 Third Ave #203, Chula Vista, CA 97911

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

|  |  |
|---|---|
| Robert Yasmeh | ) |
|  | ) |
|  | ) |
| Petitioner/Plaintiff | ) |
|  | ) |
| v. | ) |
|  | ) |
| Michael B. Mulkasey, Attorney General | ) |
| of the United States, MICHAEL | ) |
| CHERTOFF, Secretary of the | ) |
| Department of Homeland Security; | ) |
| EMILIO T. GONZALEZ, Director | ) |
| of the United States Citizenship and | ) |
| Immigration Services; | ) |
| ALFONSO AGUILAR, Chief of Citizenship | ) |
| United States Citizenship and Immigration | ) |
| Services; PAUL M. PIERRE, | ) |
| District Director of the United States | ) |
| Citizenship and Immigration Services, | ) |
| San Diego, California; | ) |
| ROBERT S. MUELLER III, Director of | ) |
| the Federal Bureau of Investigation | ) |
|  | ) |
| Respondents/Defendants | ) |
|  | ) |