1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Email: caroline.clark@usdoj.gov
   Telephone: (619) 557-7491
6  Facsimile: (619) 557-5004

7  Attorneys for Defendants

8

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11 ROBERT YASMEH,                           ) Case No. 08cv0024 H (JMA)
                                            )
12              Plaintiff,                  )
        v.                                  )
13                                          ) NOTICE OF MOTION AND MOTION TO
                                            ) DISMISS OR ALTERNATIVELY TO
14 MICHAEL MUKASEY; Attorney General of    ) REMAND TO UNITED STATES
   the United States; MICHAEL CHERTOFF,    ) CITIZENSHIP AND IMMIGRATION
15 Secretary of the Department of Homeland ) SERVICES
   Security; EMILIO T. GONZALEZ, Director of)
16 the United States Citizenship and Immigration) DATE:   April 1, 2008
   Services; ALFONSO AGUILAR, Chief of    ) TIME:   10:30 a.m.
17 Citizenship, United States Citizenship and) CTRM:   2
   Immigration Services; PAUL M. PIERRE,  ) Honorable Marilyn L. Huff
18 District Director of the United States  )
   Citizenship and Immigration Services, San) (No Oral Argument Required)
19 Diego, California; ROBERT S. MUELLER, III,)
   Director of the Federal Bureau of Investigation,)
20                                          )
                Defendants.                 )
21 _____)

22 TO:   PLAINTIFF ROBERT YASMEH and HIS ATTORNEY OF RECORD

23        PLEASE TAKE NOTICE that on April 1, 2008, at 10:30 a.m., or as soon thereafter as counsel

24 may be heard, in the courtroom of the Honorable Marilyn L. Huff, Defendants Michael Mukasey, et al.,

25 through their attorneys of record, Karen P. Hewitt, United States Attorney and Caroline J. Clark,

26 Assistant U.S. Attorney, will bring arguments on their Motion to Dismiss pursuant to Rules 12(b)(1) and

27 12(b)(6), Federal Rules of Civil Procedure, or Alternatively to Remand to U.S. Citizenship and

28 //

Immigration Services. The motion is based upon the files and records of this case and the attached memorandum of points and authorities.

DATED: March 4, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Caroline J. Clark

CAROLINE J. CLARK
Assistant U.S. Attorney

Attorneys for Defendants