1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7491
   Facsimile: (619) 557-5004
6  E-mail: caroline.clark@usdoj.gov

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 ROBERT YASMEH,                    )   Case No. 08cv0024 H (JMA)
                                     )
11               Plaintiff,          )
            v.                       )
12                                   )
   MICHAEL MUKASEY, Attorney         )
13 General of the United States, et al., )   CERTIFICATE OF SERVICE
                                     )
14               Defendants.         )
   _____   )
15

16 IT IS HEREBY CERTIFIED THAT:

17      I, the undersigned, am a citizen of the United States and am at least eighteen years of age.
   My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
18
        I am not a party to the above-entitled action. I have caused service of: **DEFENDANTS'
19 NOTICE OF MOTION AND MOTION TO DISMISS OR ALTERNATIVELY TO REMAND
   TO U.S. CITIZENSHIP AND IMMIGRATION SERVICES AND MEMORANDUM OF
20 POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION (with attached
   exhibits)** on the following party by electronically filing the foregoing with the Clerk of the District
21 Court using its ECF System, which electronically provides notice.

22      Ali Golchin, Esq.
        Attorney for Plaintiff
23      E-Mail: golchinlaw@yahoo.com
        I declare under penalty of perjury that the foregoing is true and correct.
24
        Executed on March 4, 2008.
25
                                              s/ Caroline J. Clark
26                                            Caroline J. Clark

27

28