# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT YASMEH,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services; ALFONSO AGUILAR, Chief of Citizenship, United States Citizenship and Immigration Services; PAUL M. PIERRE, District Director of the United States Citizenship and Immigration Services, San Diego, California; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>    Defendants. | CASE NO. 08-CV-0024 H (JMA)<br><br>**ORDER SUBMITTING DEFENDANTS' MOTION TO DISMISS** |

On January 4, 2008, plaintiff Robert Yasmeh ("Plaintiff") filed a complaint seeking to have defendants Michael Mukasey, Attorney General of the United States; Michael Chertoff, Secretary of the Department of Homeland Security; Emilio T. Gonzalez, Director of the United States Citizenship and Immigration Services; Alfonso Aguilar, Chief of Citizenship, United States Citizenship and Immigration Services; Paul

M. Pierre, District Director of the United States Citizenship and Immigration Services, San Diego, California; and Robert S. Mueller, III, Director of the Federal Bureau of Investigation (collectively "Defendants"), expedite Plaintiff's pending naturalization application. (Doc. No. 1.) On March 4, 2008, Defendants filed a motion to dismiss noticed for a hearing on April 1, 2008. (Doc. No. 4.) As of the date of this order, the parties have filed no further briefing with the Court. The Court submits Defendants' motion to dismiss and vacates the hearing of April 1, 2008.

IT IS SO ORDERED.

DATED: March 25, 2008

*[signature]*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.